UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ROBERT ERWIN, )<br>)<br>)<br>    Plaintiff, )<br>) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:22-CV-54-BM |
| KILOLO KIJAKAZI, )<br>*Commissioner of Social Security,* )<br>) | |
|     Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on plaintiff's Social Security Brief and defendant's Response Brief.**

**IT IS ORDERED that Plaintiff's Social Security Brief [DE-17] is GRANTED, Defendant's Response Brief [DE-22] is DENIED and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order.**

This Judgment Filed and Entered on September 15, 2023 with service on:
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Patricia Y. Dreher (via CM/ECF Notice of Electronic Filing)
Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

                                                PETER A. MOORE, JR., CLERK

                                                /s/ Bobbie R. Horton
                                                (By): Bobbie R. Horton, Deputy Clerk