UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ROBERT ERWIN, </br></br> Plaintiff </br></br> v. </br></br> COMMISSIONER OF SOCIAL SECURITY, </br></br> Defendant. | **JUDGMENT** </br></br> No. 4:22-CV-54-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to 28 U.S.C. § 2412.**

**IT IS ORDERED, ADJUDGED AND DECREED that the motion by plaintiff [DE-31] is ALLOWED as to the awarding of attorney's fees and costs under the EAJA. The Commissioner shall pay $5,000.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Derrick K. Arrowood, and mailed to counsel at the following address pursuant to plaintiff's assignment [DE-31-2] to his attorney of the right to payment of attorney's fees under the EAJA: Derrick K. Arrowood, Post Office Box 58129, Raleigh, NC 27658. If the award is subject to the Program, the balance shall be mailed to Attorney Arrowood at the above address and the check made payable to him if allowed by the Program.**

This Judgment Filed and Entered on May 9, 2024 with service on:

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)

Patricia Y. Dreher(via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)

Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk